# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. JAMES STENHOUSE

VERSUS

LOUISIANA WOMEN'S HEALTHCARE
ASSOCIATES, L.L.C., ET AL.

### CONSOLIDATED WITH

DR. JAMES STENHOUSE

VERSUS

KIM SANGARI AND RICK
CAPDEVIELLE, ET AL.

NO.  2025 CW 1177

**APRIL 08, 2026**

---

In Re:    Louisiana Women's Health Care Associates, LLC, and
          individual defendants Dr. Michael T. Perniciaro, M.D.,
          Dr. Frank Breaux, M.D., Kim Sangari and Richard
          Capdevielle, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 715940 c/w 716906.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                        MRT
                        KEB
                        BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.